# APPENDIX – TAB 1

# Affidavit of Kim Howell and attached exhibits

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SHERMANITA MCCANTS,

Plaintiff,

v. Case No.: 3:16-cv-435-J-34PDB

ENHANCED RECOVERY
COMPANY, LLC,
A Foreign Limited Liability Company,

Defendant.
_______________________________________/

**AFFIDAVIT OF KIM HOWELL**

I, Kim Howell, being first duly sworn on oath, depose and state:

1. I am currently employed by Enhance Recovery Company, LLC ("ERC") as Senior Vice President of Employee Services. I have been employed by ERC since January 2016 and was formerly employed from September 2006 until October 2012. ERC is a nationally licensed third-party debt collections company.

2. I am over the age of twenty-one (21) and have personal knowledge of the statements as stated herein and could competently testify thereto if called as a witness herein.

3. This affidavit is given in support of ERC's Motion for Summary Judgment.

4. I am familiar with the Plaintiff in this case, Shermanita McCants ("McCants"), based on her employment with ERC.

5. On or about September 12, 2008, McCants was hired as a collector and she remained in this role until her termination on December 18, 2015. Throughout her employment, McCants was classified as a non-exempt employee and paid on an hourly basis.

6. ERC provides all employees with a copy of its Employee Handbook. The Handbook represents the policies, procedures, benefits and responsibilities for all ERC employees. McCants received a copy of ERC's Employee Handbook on September 15, 2008. A true and correct copy of ERC's Pre-2015 Employee Handbook and McCants' signed acknowledgment or receipt are attached hereto as Exhibit A and B, respectively.

7. ERC's Employee Handbook has several sections relating to its time policies and practices. For example, the Time System Procedures Policy states, in part, "[a]ll non-exempt employees are required to utilize the time system," and they are required to accurately enter their time. (Exh. A, 6). The Hours of Operation and Work Schedule Policy specifically prohibits collectors from working off the clock. (Exh. A, 5).

8. The Employee Handbook also discusses ERC's payroll policies and practices. For example, the Work Week and Missed Time Policy defines the workweek as beginning on Saturday and ending Friday and the Pay Days and Pay Periods Policy describes ERC's semi-monthly payroll practices and the fact that employees will be paid on the 10th and 25th of each month. (Exh. A, 6).

9. As noted above, ERC's workweek for payroll purposes starts on Saturday and ends on Friday. Each Friday morning, team supervisors are provided a report identifying the total hours worked by each collector. If overtime is not approved for the collectors on their team, team supervisors send collectors home early on Friday to avoid incurring unauthorized overtime. This is referred to as "comp" time." For example, if a collector worked thirty-five hours from Saturday through Thursday and no overtime is approved, the collector is sent home after five hours of work on Friday. (*See* Exh. A, 5-6).

10. In or around January 2015, ERC issued a revised Employee Handbook that was made available to all ERC employees via ERC's intranet site. Employees could access ERC's intranet and the Employee Handbook from their work computer. A true and correct copy of ERC's 2015 Employee Handbook is attached hereto as Exhibit C.

11. While the 2015 Revised Employee Handbook underwent significant changes with respect to format, the policies discussed in Paragraphs 7 through 9, above, remained unchanged. Non-exempt employees are still required to use ERC's timekeeping system, ADP, and explicitly prohibited from working off the clock (Exh. C, 9-10), and employees are still paid on a semi-monthly basis on the 10th and 25th of each month (Exh. C, 10).

12. In 2015, ERC continued to define the workweek as beginning Saturday and ending Friday and its "comp" time policy remained the same. A true and correct copy of ERC's Hours of Operation and Work Schedule Policy is attached hereto as Exhibit D.

13. ERC also maintains longstanding open door policy and encouraged employees to come forward with complaints, questions, or concerns. (*See* Exh. C, 8); a true and correct copy of ERC's Communication and Suggestions: Communication – Problem Resolution and Suggestions is attached hereto as Exhibit E.

14. Moreover, ERC's Time System Procedures Policy also states, "[i]f you believe you have not been paid for all hours worked, or that your pay is inaccurate for any reason, you must promptly notify, in writing, your immediate supervisor or a member of the Human Resources Department." A true and correct copy of ERC's Time Keeping Policy: Time System Procedures is attached hereto as Exhibit F.

15. However, ERC has no record of McCants ever complaining regarding her pay or any alleged failure to pay overtime compensation.

FURTHER AFFIANT SAYETH NOT.

Kim Howell

STATE OF FLORIDA :
:
COUNTY OF Duval :

BEFORE ME, the undersigned authority, this day personally appeared ____________Kim Howell______ who is [ X ] personally known to me or has produced [ ] ____________________________as identification, and who, after first being duly sworn, deposes and says that the foregoing statements are true and correct to the best of his/her knowledge and belief.

SWORN TO AND SUBSCRIBED before me on this 26th day of September, 2017.

NOTARY PUBLIC, State of Florida

My Commission Expires:

RICHARD LANDOLL
MY COMMISSION #FF228421
EXPIRES: MAY 07, 2019
Bonded through 1st State Insurance

# EMPLOYEE HANDBOOK

Unified
Pursuit of
Perfection

## TABLE OF CONTENTS


| | |
|---|---|
| **Page 2** | Introduction<br>Mission Statement<br>Equal Opportunity<br>Dress Code |
| **Page 3** | Dress code (cont.)<br>Probationary Period |
| **Page 4** | Probationary Period (cont.)<br>Employment of Relatives<br>Hours of Operation |
| **Page 5** | Tardiness and Absenteeism<br>Work Week and Missed Time<br>Pay Days and Pay Periods |
| **Page 6** | Bonus Structure Acknowledgment<br>Health Benefits<br>Payroll Deductions<br>Personal Days |
| **Page 7** | Personal Days (cont.)<br>Vacations |
| **Page 8** | Holidays<br>FMLA |
| **Page 9** | FMLA (cont.)<br>Leave of Absence<br>Paternity/Maternity Leave<br>Jury Duty |
| **Page 10** | Military Leaves<br>Bereavement<br>Patient Protection and Affordable Care Act |
| **Page 11** | Sexual Harassment<br>Solicitation<br>Compliance with The Law |
| **Page 12** | Americans with Disabilities Act (ADA) Policy<br>Complaints<br>Lawsuit Consequences |
| **Page 13** | Employee Licensing<br>Conflicts of Interest<br>Personnel Information<br>Original Documentation<br>Background, Drug Screening, and Fingerprinting |
| **Page 14** | Background, Drug Screening, and Fingerprinting (cont.)<br>Fingerprinting Policy<br>Drug Testing Policy<br>Credit Checks |
| **Page 15** | Employee Security / Workplace Searches<br>Evacuation Policy<br>Rules for Professional Conduct |
| **Page 16** | Rules for Professional Conduct (cont.) |
| **Page 17** | Rules for Professional Conduct (cont.)<br>Patriot Act |

## INTRODUCTION

The contents of this handbook are intended only to provide guidance to employees regarding the policies and benefits of Enhanced Recovery Company (ERC). ERC reserves the right, at any time, to modify all policies and benefits without written notice and without revision of the material. This handbook is not intended to establish a contract between the company and any individual or group of employees.

All policies contained in this handbook are subject to state and federal law. Should any change in applicable law occur, policy would be modified to comply with the new law.

Nothing in this handbook pertaining to your rights as an employee will limit the company's right to terminate your employment at any time for any reason. This handbook will be available for your review throughout your career with ERC.

## MISSION STATEMENT

Enhanced Recovery Company was founded on the principles of honesty, integrity and team-oriented results. Each member of the ERC management team is dedicated to your success with our organization. Career opportunities stem from our commitment to promote from within the organization.

By accepting employment with ERC, you are committing to the Enhanced Recovery Company Vision ***"to become a well-respected and highly competitive company, establishing a new standard of excellence in collection services."***

It is only with the cooperation of each employee that we will be able to fulfill the ERC Mission ***"to provide unparalleled debt recovery services to credit grantors and distressed-debt portfolio purchasers, while treating clients' customers with professionalism and respect."***

## EQUAL OPPORTUNITY

Enhanced Recovery Company Is an Equal Opportunity Employer.

It is the policy of Enhanced Recovery Company to provide equal employment opportunity to all individuals regardless of their race, religion, color, creed, sex, age, national origin, disabilities, veteran status, marital status, sexual orientation or any other characteristic protected by state or federal law. ERC is committed to ensuring that all decisions regarding recruitment, hiring, promotion, assignment, training, termination, and other terms and conditions of employment will be made without unlawful discrimination.

All employment decisions are based on individual qualifications and are upheld by the principles of equal opportunity and affirmative action. It is the policy of ERC not to discriminate regarding compensation, benefits, or in terms, conditions or privileges of employment on the basis of one's race, national origin, color, sex, ancestry, religious creed, sexual orientation, age, marital status, physical disability, veteran status or any other factor which cannot be used as a basis for an employment decision.

## DRESS CODE

To maintain the level of professionalism required in the performance of job duties, ERC expects all employees to dress appropriately and adhere to the Dress Code set forth.

**ERC Business Casual Dress Code:**
(Monday thru Friday)

- Slacks, khakis, Capri pants **(mid-calf only)**, corduroys, Dockers, & suits
  - NO JEANS or DENIM of any color is permitted. (Includes jackets, hats, skirts, shirts, pants)
  - Under garments, including bra-straps, cannot be exposed at any time.
- Only shirts with collars are permitted for male employees. Sweaters, golf shirts, polo shirts or turtlenecks are acceptable
  - Male employees must tuck in their shirt regardless of the style.
  - No inappropriate logos written across clothing
- Stretch pants, stirrups, or leggings are acceptable if worn with dressy sweater or shirt which covers the mid-thigh.

- Dresses and skirts of appropriate length are acceptable **(management reserves the right to determine excessive/inappropriate/distracting)**
- No leather clothing or suede pants
- No tennis shoes, sandals, flip-flops, or beach style shoes
  - Open-toed dress shoes with a distinct elevated or wedge heel are acceptable
- No sweats or sweat suits
- No mid-drift shirts (entire mid-drift area must be covered, front and back while standing or sitting)
- No sheer, off the shoulder, spaghetti straps or open back shirts
- No casual tank tops
  - Width must cover bra straps and appropriate amount of skin must be covered
- No hats or hair wraps. (Unless worn daily for religious purposes). Hair must be well groomed.
- Hair must be appropriate for a professional setting. Cannot be distracting; both color and style.
- No excessive piercings **(management reserves the right to determine excessive/inappropriate/distracting)**
- No inappropriate/excessive tattoos. **(management reserves the right to determine excessive/inappropriate)**
- Appearance must be professional; not sloppy or wrinkled in nature
- No sunglasses worn inside the building at any time, including weekends
- No camouflage permitted
- Sweatshirts, sweaters or jackets with hoods are only permitted on casual dress days and weekends

**ERC Casual Dress Code:**
(Saturday, Sunday and designated days during the week)

- Jeans, t-shirts, flip-flops, and tennis shoes are permitted
- Appropriate length shorts allowed only on weekends
- Camouflage and sweat pants are permitted on weekends
- No pajamas or bedroom slippers
- No attire with profanity or suggestive nature
- No attire with drug or alcohol paraphernalia
- No hats are permitted in the building at any time

**Management reserves the right to send any employee home to change (off the clock) for any unacceptable attire.**

## PROBATIONARY PERIOD

The first 90 days of your employment constitutes a Probationary Period. During this time, your growth and development within your new position are continuously evaluated. You should use this period, as does Enhanced Recovery Company, to determine how well you fit your new position and how well the position fits you.

During your Probationary Period, your employment may be terminated at any time, either by you or by Enhanced Recovery Company. At the end of your 90 day probationary period; your performance will be reviewed.

Upon successful completion of your Probationary Period, you will gain permanent status in your position and in turn, you will earn certain benefits as described in the handbook.

**Successful completion of your Probationary Period requires adherence, at minimum, to the following:**

- Adherence to assigned schedules, including reporting to work on time and returning from lunch and breaks on time.
- Adherence of job requirements, acceptable productivity standards, and overall job expectations as outlined by your supervisor.
- Passing score of 100% on FDCPA/State Law Exams

**Unsuccessful completion of your Probationary Period:**

- Unauthorized absences and/or tardiness (An authorized absence or tardy would include a call to management prior to your shift starting, proper documentation (where applicable) and management approval)
- Failure to meet job requirements, acceptable productivity standards, and overall job expectations as outlined by your supervisor.
- Receiving a score lower than 100% on FDCPA/State Law Exams
- Written up for a company policy, state, and/or federal law violation

**After completing the initial 90 day probationary period, the following actions will cause you to be placed on 30-day probation:**

- Failure to meet productivity standards
- Unauthorized absences and/or excessive tardiness
- Violation of any company policy, state or federal law
- Receiving less than a passing score on an annual Recertification Quiz
    - **ERC reserves the right to retest any employee that has FDCPA, state law, or ERC policy infractions at any time during an employee's tenure with ERC.**

If you should be placed on probation for any of the above reasons, you will be required to correct the issues that caused you to be placed on probation within 30 days.

In the unfortunate event that you do not successfully complete your Probationary Period, you may be subject to disciplinary action leading up to and including possible termination.

In the event that you are no longer employed by Enhanced Recovery Company, for whatever reason, during your initial 90-Day Probationary period, all unpaid hours will be paid at the state minimum wage.

This policy is not intended to cover every situation that may arise during your employment, but is simply a general guide to the goals, policies, benefits, and expectations of Enhanced Recovery Company,

Enhanced Recovery Company's Probationary Period Policy is not a contract of employment and should not be deemed as such, employment is at will.

## EMPLOYMENT OF RELATIVES

Enhanced Recovery Company places no restrictions on the employment of relatives except those dictated by sound management practice. Management reserves the right to limit the employment of relatives, when necessary, to prevent situations or the appearance of favoritism or conflicts of interest.

## HOURS OF OPERATION AND WORK SCHEDULE

Work schedules for employees will vary in accordance with allowable state and federal collection contact laws. Individual employees may have different working hours, depending upon the company's business needs and/or designated portfolio schedule. Since the success of ERC is dependent upon making telephone contact with consumers, Saturday, Sunday, and evening hours are logical times to make these contacts. As a result, we require collection personnel to work a substantial portion of these optimal hours.

The office will be open 8 a.m. to 11:00 p.m. Monday through Thursday, 8 a.m. to 10:00 p.m. Friday, and 8 a.m. to 8:00 p.m. on Saturday. All collection employees will be required to work their assigned shift. Full time employees that work additional hours on Saturday or Sunday may be compensated with the same amount of time off the following week once they have physically worked forty hours within that pay week. Compensated time off is usually granted on Friday, however, comp time will be determined by management. Your supervisor will inform you of your work schedule.

Full time employees will be provided with a one-hour, unpaid meal period for any shift exceeding six hours of work. You cannot skip your meal period at any time, especially to make up missed time.

Full time and part time employees will be provided with a fifteen-minute break for every four hours worked, or two breaks per day during a normal eight-hour shift. Times for the breaks and meal periods will be designated by management and may vary.

Employees are not permitted to work accounts off the clock.

Collectors are not permitted to be on the collection floor on their days off.

Collectors are prohibited from clocking in early without prior approval from their manager.

Collectors are prohibited from remaining on the collection floor excessively following their shift.

**<u>All work schedules are subject to change, with adequate notice from your Supervisor.</u>**

## TARDINESS AND ABSENTEEISM

All employees are expected to be at their desk working at the onset of each shift and are to continue working through the completion of the scheduled workday. ERC strictly prohibits tardiness. Any employee experiencing difficulty in arriving to work on time must call the office and notify their immediate supervisor within 30 minutes from the start of their shift. If you are unable to reach your immediate supervisor, it is your responsibility to contact and leave a message with a member of management. **All calls are to be made personally by the employee.** Calls will be accepted by a third party only if the employee is physically unable to place the call. **Leaving messages regarding your absence on the recorder, with the receptionist, or with a coworker is unacceptable**. Any employee who fails to report their tardiness or absenteeism will be subject to corrective action, which may result in termination.

ERC recognizes that you may be ill from time to time and unable to report to work. In such cases, we encourage you to see a doctor immediately to prevent further time away from work. At the discretion of management, a doctor's note may be required upon your return.

Unsatisfactory attendance records, frequent tardiness, abusing use of the time system, and abusing break or meal periods will all be significant factors in your evaluation for bonuses, raises and promotions. Excessive tardiness and absenteeism will not be tolerated and may result in disciplinary action, up to and including termination. Any absence of two or more consecutive workdays, without notification, will be considered a voluntary termination.

## WORK WEEK AND MISSED TIME

The work week begins Saturday morning and runs through Friday evening. Time worked on Saturday or Sunday may be compensated with time off during the upcoming week. This compensated time will be scheduled at the discretion of the manager in conjunction with business needs. Management reserves the right to allocate compensation time in conjunction with paid days off at their discretion. **If you utilize a paid day off during the week (holiday, PTO, or vacation), it does not count for physical time worked.** You will be paid; however, it will not count towards your hours worked for the week. All full time employees are required to work a forty-hour work week. Time missed throughout the week may be made up prior to the end of that pay week only. At the conclusion of a pay week, any non-exempt employee who is short 2 or more hours of a 40 hour work week will be charged any available PTO time. If the employee has exhausted their PTO time any available vacation time will be added to their final hours to complete a full work week. PTO and vacation time will be used in 4 hour increments. Any PTO or vacation hours which are used to complete the employees forty hours will be paid as straight time and does not count as physical time worked. (Example: 38 hours worked + 4 hours PTO = 42 hours straight time paid to employee).

## TIME SYSTEM PROCEDURES

All non-exempt (hourly) employees are required to utilize the time system. Use of the time system will provide an accurate record of the hours worked and will ensure that you are paid properly. All clock entries including the "in" and "out" punches for meal periods and breaks are to be made by YOU. Punching another employee's time card or having another employee punch your time card is prohibited. Missed punches or forgotten punches are to be reported to your supervisor immediately. Your supervisor will be required to sign off on your corrected time. You will be required to sign off on your time sheet each pay period. You must clock in and out from each scheduled break and lunch. Do not take more than your allotted time for your breaks or lunches. If you clock in early from your 1 hour meal, the time clock will deduct 60 minutes unpaid regardless. No overtime is allowed unless authorized by your manager prior to the time being worked. If you clock out for more than 15 (fifteen) minutes for breaks, the time clock will automatically dock you for every minute you are late. If this situation occurs, advise your supervisor immediately. Falsification of any time sheets is a direct violation of the company policy and is grounds for corrective action up to and including termination.

## PAY DAYS AND PAY PERIODS

All employees will be paid two times per month. Pay periods will run from the 1st through the 15th and the 16th through the end of the month. Employees will be paid on the 10th and the 25th of the month for the pay period ending 10 days prior. In the event that the 10th or the 25th falls on a Saturday, Sunday or a holiday, employees will be paid on the previous business day. Bonus checks for collection employees are paid on the 25th of the month following the month in which the bonus was earned, minus NSF checks from the previous month. Time worked from the 1st through the 15th will be paid on the 25th of the current month. Time worked from the 16th to the end of the current month will be paid on the 10th of the following month.

Pay advances will not be given to any employee for any reason. Salary information is strictly confidential. Do not discuss your salary information with any employee for any reason. **Discussing your salary with other employees may result in termination**.

## BONUS STRUCTURE ACKNOWLEDEMENT

Should any employee resign without providing "and" working through a professional two week notice, any and all unpaid bonus is forfeited. If an employee resigns without giving a notice or is terminated for cause (i.e. complaints, lawsuits, violation of FDCPA/company policies or unprofessional behavior) before the bonus is paid out on the 25th of the following month, the bonus is forfeited.

Any exceptions to the above policy must be approved by Executive Management. ERC reserves the sole right to modify the bonus structure upon adequate notice.

## HEALTH BENEFITS

Benefits are available to all full time employees. To be eligible for benefits you must be employed for six (6) full calendar months. On the first day of the month following six months of employment, you will be eligible for the following benefits:

- Medical
- Dental
- Prescription02
- Life and AD&D
- Short and Long Term Disability
- Vision Discounts
- IRA options
- Supplemental insurance - All State Hospital Indemnity Plan, Cancer Plan, and Accident Plan
- Employee friendly benefits packages with upgrade options

**Lifestyle change and change of coverage**

In the event an employee would need to modify their insurance coverage (to add or remove coverage), the employee would need to meet certain criteria for a "qualifying event". The term "qualifying event" means, with respect to any covered employee, any of the following events which, but for the continuation coverage required under this part, would result in the loss of coverage of a qualified beneficiary:

- The death of the covered employee
- The termination (other than by reason of such employee's gross misconduct), or reduction of hours, of the covered employee's employment
- The divorce or legal separation of the covered employee from the employee's spouse
- The covered employee becoming entitled to benefits under title XVIII of the Social Security Act [42 U.S.C. 1395 et seq.].
- A dependent child ceasing to be a dependent child under the generally applicable requirements of the plan
- A proceeding in a case under Title 11, commencing on or after July 1, 1986, with respect to the employer from whose employment the covered employee retired at any time

## PAYROLL DEDUCTIONS

As benefits are introduced and you elect to receive them, voluntary deductions will be taken from each paycheck. As required by law, federal, state, local and social security taxes will be deducted from your gross earnings and may change in accordance with legislation and the number of dependents that you claim.

## PERSONAL DAYS

Each full time non-exempt employee will be entitled to one (1) paid personal day per quarter on the 1st day of the quarter following six (6) calendar months of employment. You will receive (4) paid days off per full calendar year worked.

**See the following for eligibility date:**

| *If you are hired between:* | *You are eligible for a PTO Day on:* |
|---|---|
| January 1 and March 31 | October 1 of the same year |
| April 1 and June 30 | January 1 of the following year |
| July 1 and September 30 | April 1 of the following year |
| October 1 and December 31 | July 1 of the following year |

If you are ill or are unable to report to work, your accrued paid personal days will be utilized to cover your absence without prior notice. If you use a paid personal day during the week, this is not counted as physical time worked and you will not be eligible to leave early for overtime and/or for Saturdays and Sundays worked the previous weekend. If you do not have paid personal days accrued, you will be required to make up the missed time or you will lose the pay for the time missed. You will not be paid for personal time that has not yet been accrued.

**.All employees are eligible to take accrued time off in 4 hour increments.**

Non-exempt employees must use all accrued personal days by the end of the calendar year or they will be forfeited. Any unused, accrued personal days will not be paid as additional compensation and cannot be carried forward into the next year.

Excessive absenteeism above and beyond the allotted number of personal days for the year will not be tolerated, and may result in disciplinary action up to and including termination. Accrued personal time will not be paid as additional compensation upon termination of your employment.

## VACATIONS

Full time non-exempt employees will be provided with the following paid vacation schedule:

| Years of Service: (Based on Anniversary Date) | Paid Vacation due: |
|---|---|
| 1 year | 5 days |
| 2-4 years | 10 days |
| 5-9 years | 15 days |
| 10 plus years | 20 days |

All corporate non-management staff and Collection Managers will be provided with the following paid vacation schedule:

| Years of Service: (Based on Anniversary Date) | Paid Vacation due: |
|---|---|
| 90 days -1 year | 9 days* |
| 2-4 years | 14 days* |
| 5-9 years | 19 days* |
| 10 plus years | 24 days** |

**All corporate management staff, General Managers and Operations Managers will be provided their vacation schedule upon promotion/hire.*

Any request to use earned vacation time must be submitted to management, in writing, no less than 30 days prior to the time requested. Paid vacation time will only be approved if the time has been accrued. If you are ill or are unable to report to work, your accrued paid vacation days will be utilized to cover your absence without prior notice. Any earned vacation time must be used prior to your anniversary date or it will be forfeited. Vacation time will not be paid as additional compensation and cannot be carried forward into your next anniversary year. Upon termination of employment, accrued vacation time will not be paid as additional compensation. However, should you elect to resign your position from the company any accrued vacation will be paid provided a professional written two week notice is submitted to management.

All employees are eligible to sell back any unused ***vacation*** time (up to 5 days) at the end of their anniversary month (to be paid on the 25th of the following month), **only** if they have taken at least 5 days of vacation prior to their anniversary date. Under this policy, any unused vacation time in excess of 5 days will be forfeited.

Employees are permitted to roll over ***vacation*** time upon approval from their Department Head only. This should only be used in the event that the requested vacation time is immediately following the employee's anniversary date. Vacation time may not be banked or held beyond 30 days from an employee's anniversary date.

**All employees must submit in writing a vacation day request no less than 30 days prior to the said vacation date.**

## HOLIDAYS

All full time employees are eligible for paid holidays after 90 days of employment. The following is a list of paid holidays that the company will observe:

| | | |
|---|---|---|
| New Year's Day | Labor Day | Independence Day |
| Memorial Day | Thanksgiving Day | Christmas Day |

**In order to be eligible for holiday pay, you must work the scheduled day before and the scheduled day after the holiday, or use available paid time off with prior management approval.** Holidays that fall on a Saturday or Sunday will be observed either the Friday preceding or the Monday following the holiday at the discretion of management. ERC will review all time off requests with respect to religious holiday observances, provided the request is made in writing 30 days in advance. In rare instances, holidays may be floated to another day within the same calendar year, as Executive Management deems necessary, for business needs.

## FAMILY AND MEDICAL LEAVE (FMLA)

In recognition of the occurrence(s) of serious health conditions which involve either the Enhanced Recovery Company employee or a qualified family member, ERC provides unpaid Family Medical leave of up to 12 weeks in a 12 month period.

Any employee who has been an ERC employee for 12 months and has worked at least 1,250 hours during the previous 12 month period may take up to 12 weeks of unpaid leave for a serious health condition involving the employee or a qualified family member during any 12 month period for any or all of the following reasons:

- Due to the birth of a child of the employee and in order to care for that child;
- Due to the placement of a child with the employee for adoption or foster care;
- In order to care for a spouse, child, or parent of the employee who has a serious health condition;
- Due to a serious health condition that makes the employee unable to perform the functions of his/her job; or
- In order to care for a service member with a serious illness or injury if the employee's spouse, son, daughter, parent, or next of kin is on covered active duty in the Armed Services.
- Due to a qualifying exigency arising out of the fact that the employee's spouse, son, daughter, or parent is on (or has been notified of an impending call to) "covered active duty" in the Armed Forces.

### General Provisions

Within five business days after the employee has submitted the appropriate certification form, the Benefit Manager will complete and provide the employee a copy of the signed certification form. The 12 month period begins on the first day of the approved FMLA leave.

Under this policy, ERC will grant up to 12 weeks (or up to 26 weeks of military caregiver leave to care for a covered service member with a serious injury or illness) during a 12-month period to eligible employees. The leave may be paid, unpaid or a combination of paid and unpaid leave, depending on the circumstances of the leave and as specified in this policy.

To qualify to take family or medical leave under this policy, the employee must meet all of the following conditions:

- The employee must have worked for the company for 12 months or 52 weeks.
- The employee must have worked at least 1,250 hours during the 12-month period immediately before the date when the leave is requested to commence.

### Paid FMLA Leave

At the employer's discretion, an employee on FMLA leave may continue to receive some or all of his/her usual salary even though FMLA leave is generally unpaid leave time. If the employee has paid leave time such as vacation time that they have not used, the employer may use this time concurrent with the employees FMLA leave. The following rules will be applied:

- Any employee whose annual anniversary date occurs within the next 6 months of the first day of their leave will be required to use any available vacation/PTO time at the start of the qualifying absence.
- Any employee whose annual anniversary date occurs greater than 6 months past the first day of their leave will have the option to use any available vacation/PTO time at the start of the qualifying absence. However; any remaining vacation/PTO time that the employee elects NOT to use during their leave will be approved at management discretion upon the employee's return based upon business needs. The employer is not responsible to pay any unused vacation/PTO time that cannot be granted following return from leave. Any unused vacation/PTO time may be forfeited.

## LEAVE OF ABSENCE

ERC's leave of absence policy applies only to those employees who do not qualify for FMLA. Leave of absence cannot exceed 30 days. To request a leave of absence, please submit the LOA form to your manager. Whenever possible, all requests must be submitted 30 days prior to the date your leave will commence.

All approved leaves of absence will be without pay once all PTO/Vacation time has been exhausted. Also, if an employee is unable to return to work within 30 days, ERC reserves the right to make a decision regarding the status of employment. If the employee is terminated, they may re-apply, but employment is not guaranteed.

***For complete policies on FMLA and LOA, please see the Payroll and Benefits Manager***

## PATERNITY / MATERNITY LEAVE

Full time employees are eligible after 90 days of employment to receive one paid day off immediately following the birth, adoption or foster care placement of a child.

Employees are entitled to unpaid Paternity/Maternity Leave for giving birth and for disability as a result of pregnancy and/or childbirth. Paternity/Maternity Leave follows the guidelines established by the FMLA as described above. Maternity Leave may be extended if medical certification is provided confirming that additional leave is necessary due to the medical condition of the employee. Medical certification pertaining to the employee's fitness to return to work may be required. Any employee who takes leave for a period of time exceeding the amount allowed, without Management approval, will be considered to have abandoned his/her job, and will be voluntarily terminated.

## JURY DUTY

*POLICY*

The company complies with all federal and state regulations regarding jury duty. Jury duty is an important civic obligation, which may require leave.

*PROCEDURE*

1. Employees summoned by the court should inform their manager upon notification. (The employee must provide a copy of the court order directive to their manager.)
2. The employee should report to work as scheduled any time they are not actually engaged in jury/witness duty.
3. To eliminate hardship for the employee, the company will continue the employee's regular base pay for a period no greater than 3 days in the event they are an exempt employee. Hourly employees will not be paid for this time away from work, nor will they be penalized as absent. Hourly employees will have the option to use vacation and/or PTO time to cover this absence if they so desire.

## MILITARY LEAVES

*POLICY*

The company recognizes the employee's right to have a leave from active employment to fulfill military service obligations. Any full-time regular employee that is called for training or active duty in the uniformed services of the United States will be eligible for military leave, with appropriate notification prior to the leave.

*ELIGIBILITY*

- Exempt (salaried) employees with a minimum of ninety (90) days employment with the company will continue to receive up to fourteen (14) days of supplemental pay while absent due to service obligation with military reserve or their National Guard unit. Supplemental pay is defined as the difference between the amount paid to the employee by the government for their service and the employee's regular ERC salary up to, and not exceeding fourteen (14) days of compensation. Non-exempt employees will not be paid for this time. However, their job status and position will be held secure for a period no greater than 14 days. Unless the Soldiers and Sailors Relief Act comes into play and we are at war.

- All eligible employees (taking leave for up to 14 days) will be offered an opportunity to continue their ERC health benefits with the payment of the normal employee contribution. Non-exempt employees will be docked the outstanding amount from their first paycheck upon their return.

## BEREAVEMENT

*POLICY*

In the event an immediate member of your family passes away, exempt full-time employees may be allowed leave of up to three (3) days immediately following the death, while continuing to receive their regular pay. For purposes of funeral time only, an immediate family member is defined as a son, daughter, spouse, parent, mother/father-in-law, brother, brother-in-law, sister, sister-in-law, grandparent or grandparent-in-law. Non-exempt (hourly) employees will be allowed to have (3) days unpaid time for the same qualifying events. Hourly employees can use vacation and/or PTO time to supplement this absence if they so desire; but the use of vacation and/or PTO time is not mandatory.

Documentation must be provided prior to or immediately following the leave.

## PATIENT PROTECTION AND AFFORDABLE CARE ACT

*POLICY*

The Patient Protection and Affordable Care Act (also known as Health Care Reform) was passed and amends the Fair Labor Standards Act (FLSA) to require "reasonable break times for an employee who may need to express breast milk for a nursing child up to one year after a child's birth". Enhanced Recovery Company is establishing this policy to provide dedicated areas for identified mothers with this special need.

*PROCEDURE*

- Any identified mother who falls into this category and requires this assistance and dedicated time are allowed by Enhanced Recovery Company, this time. Employees may use this time during their morning and afternoon break schedules or during the employee's specified lunch time period.
- In the event the necessary time is outside the scope of the employees dedicated break intervals, senior management will allow the additional time necessary, however, it will be unpaid time which will need to be made up at the completion of the employee's shift and/or work week.

*AREAS UTILIZED*

- Employees may use any desired private restroom as maintained by Enhanced Recovery Company,

- Employees may use specified management offices for these needs as directed by Enhanced Recovery Company's operations staff.

*FREQUENCY*

- This policy will be in effect for any identified employee up to the year after the birth of the employee's child. All employees will need to discuss this time with immediate supervisors to ensure Enhanced Recovery Company has knowledge these accommodations are needed during working hours.

## SEXUAL HARRASSMENT

Enhanced Recovery Company, in support of the Equal Employment Opportunity Commission, takes a firm stand against sexual harassment. It is against company policy for any employee to harass another employee on the basis of race, color, gender, religion, national origin, marital status, veteran status, sexual orientation, or disability.

Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, physical or verbal conduct of a sexual nature made as a term or condition of employment, or used as a factor in any employment decision that affects employees.

Sexual harassment is also defined as unwelcome advances, gestures, comments or circulation/posting of written materials/pictures of a sexual nature which have the effect of unreasonably interfering with an individual's job performance, or creating a hostile, offensive or intimidating work environment.

Posting of jokes, comments, or cartoons of a sexual or offensive nature in your work space is prohibited. This is a form of harassment and will not be tolerated.

Sexual harassment or harassment of any kind will not be tolerated by ERC. Participating in any form of harassment will result in severe disciplinary action, up to and including termination.

Any employee who believes that harassment has occurred is obligated to notify their immediate Supervisor or any member of Executive Management of ERC at once. An immediate and confidential investigation of the complaint will be conducted. The individual against whom the charge of harassment is alleged will be informed of the complaint and given the opportunity to respond.

After the investigation is complete, the company will take the appropriate action as necessary. Every effort will be made to protect the reporting employee from any further harassment or retaliatory activity.

## SOLICITATION

It is the policy of ERC that there will be no business solicitation of any kind within the company. No business or charitable solicitation is to be conducted between employees on company time.

## COMPLIANCE WITH THE LAW

ERC is strongly committed to the adherence of all state and federal debt collection laws including, but not limited to, the Fair Debt Collection Practices Act (FDCPA).

All account representatives will be required to complete a formalized training program on state and federal collection laws. Upon completion of the training, each employee must pass a written examination on state and federal collection laws in order to become a collection representative. Additionally, each employee will be formally tested on a yearly basis to ensure the retention of all state and federal collection regulations.

**All ERC collection employees will be held responsible for learning and understanding the FDCPA and state laws.**

## AMERICANS WITH DISABILITITES ACT (ADA) POLICY

*PURPOSE*

To ensure that all consumers are being communicated with in accordance with the Americans with Disabilities Act (ADA). As part of our efforts to provide accommodation to individuals with disabilities, Enhanced Recovery Company will assist any organization acting as a legitimate intermediary servicing the needs of consumers with disabilities who require such support in order to establish communications with our office.

*PROCESS*

TDD/TTY and Relay Services:

Enhanced Recovery Company will ensure assistance is provided to any Telecommunications Relay Service which is aiding a consumer. Enhanced Recovery Company acknowledges that all TRS services should comply with standards established by the FCC pursuant to Title IV of the Americans with Disabilities Act (ADA), which includes ensuring the privacy of all calls relayed.

Upon identification of a relay assisted call, all Enhanced Recovery Company employees will verify the identity of the organization assisting the consumer and request from the relay service that the consumer has given knowledge that personal and private information will be shared.

In the event that an Enhanced Recovery Company employee must initiate the phone conversation through a relay service, the employee will verify the consumer's authorization to discuss any information through the relay assistant to ensure inadvertent disclosure of information is not given during the communication.

*FREQUENCY*

Enhanced Recovery Company will cooperate with any relay service as needed and as advised by the consumer in conducting communications with our office.

## COMPLAINTS

In keeping with the ERC Mission Statement, ERC employees will be expected to personify professionalism and respect at all times. All alleged complaints against any ERC employee will be investigated. Therefore, it is mandatory that you represent yourself in a legal, moral, and ethical manner at all times.

If you are named in any type of consumer complaint, you will be subject to corrective action, up to and including termination. Any employee who witnesses another employee violating collection laws or policy is required to report the incident to a Supervisor immediately. Do not jeopardize the continuation of your career with ERC by generating complaints or failing to report those that do.

## LAWSUIT CONSEQUENCES

Upon hire at Enhanced Recovery Company all employees are taught the legal, ethical and moral strategies allowed for use in the collection of a debt. Any employee that acts outside of these guidelines may be subject to financial penalties in the event that their actions lead to a lawsuit against the company.

In the event that an employee engages in intentional verbal law violations with consumers or third parties including, but not limited to threats, profane language and other harassing or abusive behavior which are severe and clear beyond reasonable doubt (i.e. recordings and/or witnesses) and results in a lawsuit against the company and/or our client, the employee will be terminated and will forfeit their final paycheck up to $1,500 as reimbursement to the company for its defense of the lawsuit.

In the event that an employee engages in administrative or systemic law violations such as failure to properly handle situations such as wrong telephone numbers, put on notice, cease and desist, attorney only, disputes, check cancellations, overpayments, refunds, etc. which results in a lawsuit against the company and/or our client, the employee may be terminated based on past offenses but at a minimum, will be penalized $1,500 against current and future bonus checks as reimbursement to the company for its defense of the lawsuit. In the event of termination or should the employee resign their position prior to repaying the balance of the penalty, the employee will forfeit any unpaid paychecks or bonus checks up to the remaining balance of the $1,500 penalty.

The company's defense of any lawsuit, regardless of the outcome, costs the company far more than the $1,500 penalty contemplated by this policy. While ERC has maintained a record of doing so, the company is under no obligation to defend any employee in legal proceedings.

## EMPLOYEE LICENSING

Certain states mandate that collection employees must be licensed in order to collect debts from residents of that particular state. Employees who are unable to meet these specific licensing requirements will be transferred to a different department or released from their position.

## CONFILICTS OF INTEREST

ERC does not allow employees to accept employment or payment from any clients, customers or others with whom the company conducts business. In addition, you are not permitted to be assigned to a client with whom you owe a delinquent debt. Employee participation in any activity directly competitive to ERC is prohibited.

You are not to work an account of which the consumer is known to you. These calls must be transferred to another collection representative or your manager.

You are expected to report or correct any such conflicts of interest should they arise. Failure to do so will result in management intervention including reassignment of your duties or termination.

## PERSONNEL INFORMATION

For your best interest, personnel records must be kept up to date. It is your responsibility to notify the company of any change in your name, address, home telephone number, emergency telephone number, marital status and number of dependents. Such changes may affect your state and federal taxes as well as your future insurance benefits.

ERC will maintain strict confidentiality with regard to your personnel records. All personnel files and copies of the same are the property of Enhanced Recovery Company and will not be released to anyone. For the purposes of employment verification, we will only confirm your date of hire, salary and position as you provided to the verifying caller. Additional information will be provided only if required by law or if authorized in writing by you.

According to the HIPPA Act all personal medical information will be kept separately from your personnel folders. All doctors' notes, insurance benefits and any other information that will pertain to your personal health will be kept in a separate location. Only limited members of management will have access to this information.

## ORIGINAL DOCUMENTATION

ERC is to receive and maintain originals of all personnel documentation. Employees may request to view documents contained in their personnel files and may be entitled to receive copies of certain documents at the discretion of management and the HR department. ERC reserves the right to prohibit the release of any personnel documents without court or regulatory authority order, warrant, or subpoena.

## BACKGROUND, DRUG SCREENING, AND FINGERPRINTING

**As a condition of employment or continued employment, employees may be required to submit to drug and alcohol screening tests to determine compliance with ERC's policy on Drug and Alcohol abuse. Failure to comply with the testing program will be grounds for disqualification, suspension, or immediate termination.**

Investigative consumer reports may be requested that will include information as to the employee's character, work habits, performance and experience, along with reasons for termination of past employment. You understand that as a matter of company policy and consistent with your job description, ERC may be requesting information from public and private sources about your workers' compensation injuries, driving record, court record, education, credentials, credit, and other references.

Medical and worker's compensation information will only be requested in compliance with the federal Americans with Disabilities Act (ADA) and/or other applicable state laws. According to the Fair Credit Reporting Act, you are entitled to know if employment is denied or terminated because of information obtained by ERC from a consumer reporting agency. If so, you will be notified and given the name and address of the agency or the source which provided the information.

Telephonic facsimile (FAX) or photographic copies shall be valid as the original. This release is valid for most federal, state and county agencies.

All employees must sign an initial release on their employment application to authorize without reservation, any law enforcement agency, institution, information service bureau, school, employer, reference or insurance company contacted by ERC or its agent, to provide the requested employee information. The employee's name, address, social security number, aliases, gender, race, driver's license number, date of birth, and signature are required by law enforcement agencies and other entities for positive identification purposes when checking public records. It is confidential and will not be used for any other purposes. You release ERC, its agents, all persons, agencies, and entities providing information or reports about you from any and all liability arising out of the requests for or release of any of the above mentioned information or reports.

## Fingerprinting Policy

Exempt and non-exempt employees who are designated to work projects in which the client requires fingerprint screening must comply with the following:

- Prior to working file, employee must get fingerprinted at assigned location. It is the responsibility of the employee to report to the assigned location at the scheduled time.
- If an employee is transferred to another file or leaves the company and then returns to the file within 30 days, they will not be required to be re-fingerprinted.
- If an employee is off the file for over 30 days and under 12 months, it is required that employees fingerprints be rescanned.
- If an employee is off the file for over 12 months, he/she will have to be fingerprinted again.

## Drug Testing Policy:

**Although ERC reserves the right to conduct drug testing, as stated above, some of our clients are requiring any and all employees assigned to their portfolio to undergo and pass drug testing as a prerequisite to actively work their accounts. Therefore, Enhanced Recovery Company has adopted the following drug testing policies:**

> Enhanced Recovery Company believes that illegal drugs and the abuse of alcohol have no reason to be a part of the workplace. The unlawful possession, use or distribution of illicit drugs and alcohol by employees is strictly prohibited and against company policy. The proper use of medication prescribed by your physician is not prohibited; however, we do prohibit the misuse of prescribed medication and require all employees using drugs at the direction of a physician to notify their supervisor if these drugs may affect their job performance, such as causing drowsiness. We may also require a note from your physician. As a condition of employment, all employees must abide by this policy. We reserve the right to investigate potential violations and require personnel to undergo substance screening, including urinalysis. **Further, ERC reserves the right to drug test anybody at anytime.**

## CREDIT CHECKS

All employees may be subject to credit checks for terms of employment or for consideration of a promotion during an employee's tenure with Enhanced Recovery Company. ERC reserves the right to use the results of a credit check for consideration of employment and advancement. Members of management will be screened annually.

The information obtained from the credit check will adhere to the requirements set forth by the Fair Credit Reporting Act, as amended by the Consumer Credit Reporting Reform Act of 1996, which enables employers to use a consumer's credit report for employment purposes. This will assist ERC with hiring and promotion decisions but will not be used as the sole criteria when making such decisions.

## EMPLOYEE SECURITY / WORKPLACE SEARCHES

ERC reserves the right to check any bags, briefcases, purses, packages, etc for proprietary information and/or drugs, weapons, or anything deemed harmful to ERC and its employees OR to the integrity and safety of ERC's employees and our clients.

In an effort to protect employees, the company, and our clients, ERC reserves the right to search the following if there is probable cause that company policy has been breached.

- *Personal Belongings* = purses, briefcases, gym bags, book bags, pockets, folders, bi-folds, books, anything on immediate person.
- *Work Area* = Desk tops, drawers, cabinets, folders, computers
- *Desk =* papers, folders, trackers, drawers, file cabinets
- *Computer Documents =* all documents are subject to searches for proprietary information
- *Email* = email is used solely for business purposes and therefore should only be used for company related materials. If personal emails are received via company email address, they are not considered protected and as such are subject to searches

ERC reserves the right to search an employee, the employee's belongings or work area only when it has a reasonable suspicion that the employee has violated company policy.

If an employee is addressed by management regarding the search of personal belongings or any of the previously mentioned workplace areas and the employee fails to comply with any management search request, this will be documented as insubordination at which point ERC reserves the right to take the necessary steps up to and including termination.

## EVACUATION POLICY

In the event of a necessary evacuation, all persons inside the ERC facilities will immediately evacuate the building by the nearest safe exit. If departure can be safely performed through the front and rear main entrances, they shall be used. If there is any indication that these exits cannot safely be reached, then the Emergency Exits on the north and south sides of the building should be used.

Muster points (assigned meeting places) shall be established for each area of the company. If the established muster point is not safe, then all persons for that muster point will go to an alternate site designated by emergency personnel, company management, or the leader of that group.

All areas will account for their personnel at their muster point.

- Collections Managers (CM) will ensure that all of their collectors are accounted for and report to their General Manager (GM). Once a GM has confirmed that all of their CMs have reported, they will inform Executive Management of a complete muster, or if any personnel are missing.
- The Controller and/or Bookkeeping Manager will ensure that all accounting personnel are accounted for. Once confirmed, they will inform Executive Management of a complete muster, or if any personnel are missing.
- The Director and/or IT Manager will ensure that all IT/ QA / CS personnel are accounted for. Once confirmed, they will inform Executive Management of a complete muster, or if any personnel are missing.
- The Training Manager or active Trainer will ensure that all training personnel are accounted for. Once confirmed, they will inform Executive Management of a complete muster, or if any personnel are missing.

Executive Management will report to emergency personnel that all persons are accounted for or any that may be missing. Personnel on duty at the front desk at the time of the emergency shall bring with them the visitor log. All visitors shall be accounted for and reported to Executive Management as such.

## RULES FOR PROFESSIONAL CONDUCT

As a first class organization, ERC promotes the highest level of professional and ethical employee standards. We will not allow behavior that conflict with these standards to go uncorrected. We expect our employees to conduct themselves in a professional and ethical manner. In protecting the best interest of our company, clients, employees and everyone involved with ERC, we have set our expectations based on common sense, ethics and the law. Any action that is not in the best interest of ERC, our clients or our employees

will result in corrective action including dismissal and/or possible legal action. In order that all personnel fully understand what is and what is not permissible conduct in the collection of a debt, the following are Enhanced Recovery Company's Rules for Professional Conduct. These rules combine provisions of various state and federal laws, and basic rules of fair play and common decency.

**ALL ENHANCED RECOVERY COMPANY PERSONNEL ARE SPECIFICALLY PROHIBITED FROM THE FOLLOWING PRACTICES:**

- Falsification of personnel records, time reports, expense accounts or other reports
- Stealing accounts from other collectors or from House desks.
- Smoking inside any ERC premises (smoking is restricted to designated areas)
- Failure to make restitution efforts on past due accounts assigned to ERC in the employee's name. Failure to make repayment terms may cause a change of project assignments and loss of future postdated payments. In the event a reassignment is not possible due to business needs, failure to make repayment arrangements may result in termination.
- Violation of federal, state, or local laws
- Violation of ERC policy or procedures
- Sharing confidential client information outside of the normal course of business
- Falsification of account notations
- Insubordination or rudeness to a supervisor or client
- Using, lending, borrowing, or giving away ERC equipment or funds without written consent from your supervisor
- Excessive tardiness or absenteeism
- Excessive inbound or outbound personal calls
- Reporting to work under the influence of alcohol or any illegal substance
- Transmission or sale of any drug or controlled substance
- Use of ERC equipment for personal, non-business purposes
- Destruction or abuse of ERC property or equipment (break rooms, restrooms, parking lots, etc). Treat ERC property as if it was your own if not better
- Use of cell phone, pager, or any other non-business communication device while on the clock or in restricted areas without prior consent from Executive Management
- The consumption of food or gum at your workstation
- The use of beverage containers without lids
- Aiding or working for any competitor
- Intentional dishonesty of any nature
- Unsatisfactory work performance
- Servicing a client with whom one has a delinquent debt
- Handling a call when the consumer is known to you
- Use of abusive, profane, threatening, or violent language
- Removal of files or account information from the office
- Solicitation during business hours
- Sexual or any type of harassment
- Neglect of duty, or any act that would reflect negatively on ERC
- Use of break room without cleaning up after yourself
- Use of break room during prime time hours
- Any disclosure of information to a third party including reference to the fact that a debt is owed
- Contact with a third party more than once during skip tracing, unless there is a good reason to believe that the original information given was incomplete or incorrect or unless specifically requested to do so
- Continued contact or attempts to make contact (collecting or skip tracing) after being advised an attorney is representing the consumer
- Any collection or skip tracing calls before 8:00 a.m. or after 9:00 p.m. (for the contact's local time) or at a time known to be inconvenient to the consumer
- Contacting the consumer at their place of employment, if there is a reason to believe the employer does not permit contact or the consumer requests no contact to be made
- Communication of any information regarding the debt to a third party without prior consent of the consumer
- Threats of violence, physical harm or harm to reputation or property
- The use of less than professional or businesslike approach with the consumer. DO NOT GET PERSONAL. THIS IS LIKELY TO MAKE THE CONSUMER ANGRY. REMEMBER ANGRY CONSUMERS FILE COMPLAINTS AND MOST IMPORTANTLY, DO NOT PAY THEIR BILLS!!
- The use of false or misleading information (collecting or skip tracing) including the statement or implication that the collector is anything but a collector
- Any exaggeration of the amount owed
- The use of an alias

- The making of repeated telephone calls of unreasonable frequency
- Any suggestion to a consumer that failure to use the validation procedure opens them up to successful prosecution
- The making of any collect calls to any consumer or reversing of any charges of any item.
- Initiating any direct contact with our clients
- Initiating any direct written correspondence with a consumer. ALL LETTERS MUST EITHER BE APPROVED FORM LETTERS PREPARED BY AN ADMINISTRATIVE SPECIALIST OF ENHANCED RECOVERY COMPANYOR INDIVIDUALLY TYPED WITH A MANAGER'S SPECIFIC WRITTEN APPROVAL
- Using any post card in skip tracing or collection of an account
- Failing to adhere to all work standards and Standard Operating Procedures

## PATRIOT ACT

The U.S. Treasury, the Financial Crimes Enforcement Network and the federal financial regulators announced final regulations implementing customer identification and verification requirements under Section 326 of the USA PATRIOT Act. These new regulations will provide another tool to protect the U.S. financial system from money laundering, terrorist financing, identity theft and other forms of fraud.

Although Enhanced Recovery Company is not listed as a financial institution covered under the USA Patriot Act, we require our staff to do their part to identify laundering, terrorist financing, identity theft and other forms of fraud.

If you suspect a consumer of any of the above, please complete a USA Patriot Act Investigation Form and turn it in to a member of Quality Assurance. The consumer's information will be run through a database listing suspected terrorists and terrorist organizations. If the consumer is listed in the database the Investigation form and the information obtained through the terrorist database will be forwarded to the client.

**Success is our motivation. We look forward to making it yours!**

enhanced recovery corporation

EMPLOYEE HANDBOOK ACKNOWLEDGEMENT

NAME: Shermanita McCants

BRANCH LOCATION: Orange Park

By signing below, I acknowledge that I have read and understand the Employee Handbook of Enhanced Recovery Corporation.

I also acknowledge that a copy of the Employee Handbook will be available for me to review throughout the duration of my employment with Enhanced Recovery Corporation.

Any changes made to the employee handbook with be distributed along with a sign off sheet acknowledging confirmation of such changes.

I understand that this handbook is not to leave the premises of Enhanced Recovery Corporation.

| | |
|---|---|
| Shermanita McCants | 09/15/2008 |
| Employee Signature | Date |
| [signature] | 9/15/08 |
| Manager Signature | Date |

ERC

# HOW TO USE THE HANDBOOK

**Welcome to your Employee Handbook!**
**This isn't like most handbooks you have read before... We have taken what we think is the most useful information and put it in an interactive guide that is easy and fun to use.**

## Here is how it works:

Each page will give you an overview of the guidelines of working at ERC

If you want more details, simply click on the ERC icon in the bottom right corner of the page
OR
check out the last page for links that will lead you to more details

**....That's it! We hope this is a fun and simple way for you to get all of the info you need without hours of reading a boring traditional handbook. Welcome to ERC!**

# TODAY IS DAY ONE.

Today is an opportunity to do things differently. To join a team who believes that hard work, perseverance and an innovative spirit is what keeps us ahead of the rest. This is only a job if you treat it like one. We build careers – rewarding, challenging and forward moving careers that take you places you never thought possible. In other words, you get out what you put in. So bring it. Bring us your best self, be bold, be fearless and own your path. We'll back you up with tools, training and a team who will guide you and help you grow. You are here because you have what it takes to be great. Keep your eyes on the road ahead, because yesterday doesn't count.

**TODAY IS DAY ONE.**



# Marty Sarim

*President & COO*

*"Congratulations on your new position. ERC has great strengths and even greater potential. We are thrilled that you are apart of it."*

It is my pleasure to welcome you to ERC. You are now part of the incredible team of over 2,200 employees that make ERC the best in the business. With eight locations across the United States and three international offices, we embrace diversity and take pride in creating growth and opportunity for the ERC team.

As we continue grow, our values remain deeply rooted and continue to guide us in our commitment to both our clients and to our associates. ERC's employees truly are our most important resource and we will persist in providing support and opportunity for personal and professional growth across the organization.

As you start your career at ERC, it is important to know that the opportunity to grow and advance in the ERC organization is real. With a clear direction and commitment to promoting from within, the majority of the ERC management team all the way to the highest level started much in the same way as you are starting today.

In addition to the opportunity to advance and grow, at ERC we are also committed to a culture steeped in fun, recognition, teamwork and corporate citizenship. Our devotion to a rewards and teamwork driven environment prevails through daily contests, events and our unique environment and approach to employee engagement.

Training and orientation help you build a bridge to success and establish a positive career path from the onset. There are many people and resources available to assist and support you on your journey and all of them are committed to your achievement. If there is anything that you need please do not hesitate to ask a member of our team.

# Evolution of ERC

1999 – Founded by Kirk Moquin & Mark Thompson

2005 to 2007 – Rapid growth through new client acquisitions

2007 – Large investment in technology

2007 to 2008 – Opened Orange Park, FL and Waycross, GA locations

2009 to 2011 – Significant Revenue Growth – During the Great Recession

2010 - Strategic partnership with savvy investment group, RLJ Equity Partners, LLC

2011 – Made our first recovery call in India.

2013 - Acquired TMone - Expanded our Outsourcing Division

2015 – Launched Recovery and Market Research in Belize.

2015 – Acquired Laurus International – Expanded our international presence

2015 – Acquired TeleSight – Market Research Division




**DOMESTIC**

Chicago, IL

Jacksonville, FL

Orange Park, FL

Waycross, GA

**INTERNATIONAL**

Santo Domingo, DR

Gurgaon, India

# How To Dress For Your Day

*"Look great, feel great!"*



## YES!

- Casual
- Clean
- Happy
- Well groomed
- Comfortable



## NO

- Ripped Clothing
- Revealing Clothing
- Shorts
- Exercise Clothing
- Offensive / Profane
- Shorts
- Hats*

*hats can be worn for religious purposes

## MANAGERS



- Business casual Monday through Thursday
- Fridays are casual

# Code of Conduct

*“Hi, Nice To Meet You!”*



***“We want to make your time at ERC as comfortable and professional as possible. If you are ethical, use common sense, and adhere to the laws that govern our business, you will fit right in.”***

## Fitting In

- Clean up
- Be honest
- Do not take our stuff
- Do not discriminate
- Do not harass
- Do not retaliate
- Follow laws that govern us
- Just say “No” to drugs and alcohol while at work
- Provide accurate data
- Our “secret sauce”, keep it a secret
- Reply All only when absolutely necessary
- Follow our no cell phone policy
- Keep us in the know (married, new address, new #)
- Safety first
- Show up, physically & mentally
- Be a team player
- Save the fighting for “Fight Club”
- Come clean, mistakes happen
- Do not cover up
- Smoke in designated areas
- Solicit on your own time
- Let Client Services talk to the clients
- You break it, you buy it. Nah, but do not destroy stuff
- Let your co-workers clock themselves in
- Notify your manager if you missed a time punch
- Post responsibly on Social Media

**Be Nice**

**Use Common Sense**

**Follow Laws**

**Remember We are all Human**



# Communication

## Management

- Open Door Policy
- Follow the chain of command
- If they do not know, they cannot fix it.

## Human Resources

- Confidential
- HR questions
- Assistance with leaves (LOA, FMLA, Maternity, Military Leave)

## Employee Voice

- Observations
- Suggestions
- Ideas

# HOURS & SCHEDULE



*Attendance is tracked on Points System* to allow YOU to manage your time away from the office.*

(*Points System for non-exempt employees)

**Based on Project and/or Role**

Schedule will vary

Saturday and Sunday hours may be required

Breaks and Meal Periods vary

Overtime may be offered on occasion




**NEVER**

Work off-the-clock

Clock in more than 5 minutes prior to shift

Have someone else clock you in

# GETTING PAID

**When do we get paid?**

You will be paid on the 10th and 25th of each month.

**What if payday is on a Holiday or Weekend?**

You will be paid on the business day before.




**What Deductions will be taken out?**

<u>As required by Law:</u> FICA, Medicare, Federal, State & Local Taxes

The above may change based on the # of dependents you claim and Voluntary Deductions for benefits you elected

**How do you know how much time I worked?**

Hourly and Non-Exempt Salary: Track through Time Keeping System

Report missed punches to management immediately

<u>NEVER</u> work "off-the-clock"

# Unique Time Off Needs

- Family and Medical Leave (FMLA)
- Leave of Absence (LOA)
- Paternity/Maternity Leave
  * Nursing Mothers (areas)
- Military Family Member Leave
- Bereavement
- Jury Duty
- Voting

ERC

# PAID TIME OFF

## HOLIDAYS

**We observe:**

- New Years Day
- Memorial Day
- 4th of July
- Labor Day
- Thanksgiving Day
- Christmas Day

**Important to know:**

- Full Time Status Required
- Eligible after 90 days
- Must work scheduled day before & after to get paid
- Special Requests for religious observance can be made
- Client may require we are open
- Work Holiday = get floating day off w/pay or extra 8 hrs. pay on holiday worked

## TIME TO RECHARGE

## PTO

- Full Time Status Required
- Eligible after 6 months of employment
- Full Time Status Required
- Take in 4 hour increments
- PTO rate of pay is your base hourly rate
- 4 days of "Paid Time Off" for one full calendar year*

(*PTO awarded to non-exempt employees only)

## VACATION

- Awarded to Full-Time employees based on tenure

# BENEFITS



Medical Vision Dental

Short/Long Term Disability Legal Shield ALLSTATE Life Insurance

IRA

## Who is eligible to enroll and when?

All Full-Time employees working 30 hours or more are eligible to enroll the first day of the month following 60 days of employment or during open enrollment.

## How do I enroll?

You will contact Allstate directly at 1-866-701-7439.

## Am I able to change my plan after my enrollment period?

If you have a life changing event (i.e. marriage, divorce, adoption, death, loss of coverage). Proof must be provided within 30 days of event. You can also make changes during any open enrollment period.

# Additional Compensation

Bonus for Quality
&
Quality used as Qualifier
for other Bonuses

Performance Based Bonuses
&
Contests



ERC

# Zero Tolerance



**NO** — **Discrimination** against any individual during hiring or any phase of employment.

**NO** — **Sexual Harassment** against any individual by any employee client or visitor to ERC.

**NO** — **Willful Violation of the laws** that govern us, putting employees, company and client at risk.

**NO** — **Negligent use** of Company Funds.

**NO** — **Failure to provide Americans with Disabilities** employment opportunities and reasonable accommodations where [illegible]

ERC

# Who We Hire

## *Agile, Innovative & Focused People*

***REGARDLESS OF***

*Race/Color*
*Religion*
*Sex / Sexual Orientation*
*National Origin*
*Age*
*Disability*
*Genetic Information*




**RELATIVES**
**&**
**FORMER EMPLOYEES**

**SEND THEM IN**

**TAKE ADVANTAGE OF**
**REFERRAL BONUSES**

ERC

# BACKGROUND SCREENING

- WORK HISTORY
- CREDIT CHECK
- CRIMINAL HISTORY
- EDUCATION
- DRUG SCREEN
- FINGER PRINTING

ERC

# SAFETY & SECURITY

BADGES MUST BE WORN AT ALL TIMES

CELL PHONES ARE STRICTLY PROHIBITED

**ALWAYS** LOCK YOUR COMPUTER

DO NOT PIGGYBACK THROUGH DOORS

**NEVER OPEN STRANGE ATTACHMENTS**

ONLY I.T. MAY MOVE AND DISTRIBUTE EQUIPMENT

**DO NOT PROP DOORS**

KEEP YOUR DESK CLEAN

NEVER SHARE YOUR PASSWORDS

ALL PAPER THAT CONTAINS ERC OR CLIENT INFORMATION MUST BE SECURED AND PROTECTED. IF IT IS NOT NEEDED ANYMORE,

*SHRED IT.*

ERC

# SOCIAL MEDIA

You can follow ERC on Facebook, LinkedIn and more!

A great way to stay connected and help ERC actively recruiting more talented associates like you.

Be thoughtful of how you present yourself and ERC on social media.

Our Contracts with clients will not allow you to mention their name on social media.

Respect laws governing defamation, discrimination, harassment, copyright, fair use and financial disclosure.

ERC

# MOVING ON???



**Provide written two weeks notice, and you WILL be paid for:**

Bonus Payout

Contest Payout



# PLEASE RETURN

| | |
|---|---|
| Keys | Corporate Credit Cards |
| Headset | Corporate Badges |
| Manuals | ERC & Client Documents |
| Computer Files | Laptop or other Equipment |
| Company Memos | Corporate Cell Phone<br>*(May require iTunes Account update)* |

# HYPERLINKS TO MORE DETAIL

ADA POLICY

ATTENDANCE POLICY

BACKGROUND SCREENING POLICY

BONUS PLANS COMMISSION CONTEST

CIVIC DUTY TIME OFF POLICY

CODE OF CONDUCT

COMMUNICATION SUGGESTIONS

COMPANY EXPENSES

COMPLIANCE LAW

COMPUTER SOFTWARE USAGE POLICY

CONFLICTS OF INTEREST POLICY

DRESS CODE

EMPLOYEE FILES POLICY

HEALTH BENEFITS

HOURS OF OPERATION WORK SCHEDULE

INFORMATION SECURITY POLICY (ISO)

MOVING ON TERMINATION POLICY

NONDISCLOSURE POLICY

PATRIOT ACT POLICY

PAY DAYS PAY PERIODS DEDUCTIONS

PROBATION PERIOD

PTO VACATION OVERTIME HOLIDAY

SAFETY POLICY

SOCIAL MEDIA POLICY

SPECIAL LEAVE FMLA LOA MATERNITY MFMLA BEREAVEMENT POLICY

TIME KEEPING POLICY

WHO WE HIRE

ZERO TOLERANCE HARASSMENT POLICY

HOURS OF OPERATION AND WORK SCHEDULE

# HOURS OF OPERATION AND WORK SCHEDULE

Work schedules for employees will vary in accordance with allowable state and federal contact laws. Individual employees may have different working hours, depending on the Company's business needs and designated client schedule. Because ERC's success is dependent upon making telephone contact with consumers, Saturday, Sunday, and evening hours are logical times to make these contacts. As a result, we require personnel to work a substantial portion of these optimal hours.

All employees will be required to work their assigned shift. Full-time employees who work additional hours on Saturday or Sunday may be compensated with the same amount of time off during the same workweek they have physically worked forty hours within that pay week. If compensated time off is granted, the time off is usually on Friday; however, compensated time off will be determined by management. Your supervisor will inform you of your work schedule.

The structure of break time may vary based on program, shift, and business needs. Please consult your supervisor or manager to obtain your break schedule.

All non-exempt hourly and non-exempt salary employees are required to record their hours worked each day, including "time in" and "time out" through the electronic system(s). Time card approvals are required for all punches. If you have questions regarding the process to follow for your particular segment, please consult your supervisor or manager. Any after-the-fact changes to employee punches require evidence of reason for change and supervisor and/or manager approval.

Recording or punching another employee's time or time card will result in disciplinary action up to and including termination. You are not permitted to work off the clock.

- Agents are not permitted to be on the production floor on their days off.
- Agents are prohibited from clocking in early without prior approval from their manager.
- Agents must promptly exit the production floor at the conclusion of their shift.

## WORK WEEK.

The work week begins Saturday and runs through Friday.

# ATTENDANCE POLICY

CLICK HERE FOR POLICY

# COMMUNICATION - PROBLEM RESOLUTION AND SUGGESTIONS

Having complete confidence in its management staff and employees, ERC strives to ensure that any issue that arises in the workplace will be handled fairly and professionally without the intervention of outside parties. ERC has an "Open Door" policy between management and its employees. This means if an employee has a problem or concern, she or he should first discuss it with her or his immediate supervisor. If, after discussing the problem or concern with the supervisor, the employee is not satisfied that the problem or concern was properly addressed, the employee should contact his or her manager. If the employee is still not satisfied, the employee may contact any other member of management personnel with whom she or he is comfortable speaking, in order to have the problem resolved. All information is confidential and management personnel are obligated to maintain confidentiality. They will not discuss with an outside party any matter or issue between ERC and an employee, other than with legal counsel or with consent of the involved employee(s).

The Employee Voice is another communication vehicle provided to employees. Employee Voice is located on the bottom right of ERC Connect. Observations, suggestions, or ideas submitted through Employee Voice are sent directly to members of our executive team for review and consideration. This is meant as a vehicle to ensure your voice is heard by our team so please make sure your submissions are constructive and include as much relevant detail as possible.

# TIME SYSTEM PROCEDURES

All non-exempt hourly and non-exempt salary employees are required to utilize the time system. Use of the time system will provide an accurate record of the hours worked and will ensure that you are paid properly. All clock entries including the "in" and "out" punches for meal periods and breaks are to be made by YOU. Punching another employee's time card or having another employee punch your time card is prohibited. Missed punches or forgotten punches are to be reported to your supervisor immediately. Your supervisor will be required to sign off on your corrected time. You will be required to sign off on your time sheet each pay period, certifying that your timesheet accurately reflects all time worked.

You must clock in and out from each scheduled break and lunch. Do not take more than your allotted time for your breaks or lunches. No overtime is allowed unless authorized by your manager prior to the time being worked.

If you clock out for more than allocated time for a break you will be subject to discipline, up to and including termination.

The structure of break time may vary based on program, shift, and business needs. Please consult your supervisor or manager to obtain your break schedule

Falsification of any time sheets is a direct violation of the company policy and is grounds for corrective action up to and including termination.

ERC is committed to paying its employees for all hours worked. There is no "off-the-clock" work allowed. If you believe you have not been paid for all hours worked, or that your pay is inaccurate for any reason, you must promptly notify, in writing, your immediate supervisor or a member of the Human Resources Department.



**EXHIBIT "F"**